**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION OF FORENSIC COUNSELORS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ASSOCIATION FOR THE TREATMENT OF )<br>SEXUAL ABUSERS, et al., )<br>)<br>Defendants. ) | Case No.: 1:09-cv-00093 |

## OPINION AND ORDER

The Court raised, *sua sponte*, the issue of the Court's subject-matter jurisdiction at the June 4, 2009, hearing. In response, the Court received "Defendant The Association for the Treatment of Sexual Abusers' Statement of Supplemental Authority Re Subject Matter Jurisdiction," establishing that diversity of citizenship exists among The National Association of Forensic Counselors, The Association for the Treatment of Sexual Abusers, and The New Hampshire Chapter of the Association for the Treatment of Sexual Abusers, all of which are non-profit corporations registered in different states. (Docket # 25.) Therefore, the Court is satisfied that diversity jurisdiction exists over the present action.

SO ORDERED.

Entered this 5th day of June, 2009.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge