IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF FORENSIC COUNSELORS <br><br> Plaintiff, <br><br> -vs- <br><br> THE NEW HAMPSHIRE CHAPTER OF THE ASSOCIATION FOR TREATMENT OF SEXUAL ABUSERS and KIMBERLY MARSH <br><br> Defendants. | CIVIL NO: 1:09-CV-93 TLS RBC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by their respective counsel, and stipulate to the dismissal with prejudice of any and all pending claims in the above-referenced action.

Respectfully submitted,

s/Benjamin D. Ice
Benjamin D. Ice (23015-53)
MURPHY LAW GROUP
110 W. Berry Street, Suite 1500
Fort Wayne, Indiana 46802
Telephone: (260) 423-1500
*Attorney for Plaintiff*

s/James E. Ayers
James E. Ayers
309 Dubois Ave.
P.O. Box 874
Crawfordsville, IN 47933
Telephone: (765) 362-2640
*Attorney for Defendants*